UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KAOUD BROTHERS OF<br>HOLYOKE, INC.,<br>FRED KAOUD ORIENTAL<br>RUGS, LLC,<br>KAOUD ORIENTAL RUGS, INC.,<br>KAOUD BROTHERS ORIENTAL<br>RUGS, LLC,<br>FRED KAOUD, SR.,<br>FRED KAOUD, JR.,<br>ABRAHAM KAOUD,<br>RANDY KAOUD,<br>MAURICE KAOUD, and<br>ISAM KAOUD,<br><br>Defendants. | Civil Action No. 04cv10118RGS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Asmara Inc. hereby voluntarily dismisses this action without prejudice as to defendants Randy Kaoud and Kaoud Oriental Rugs, Inc.

ASMARA, INC.,
Plaintiff,

By its attorneys,

*/s/ Amy C. Mainelli*
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO#657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

**SO ORDERED:**

_____          _____
Date                              United States District Judge Stearns