≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Asmara, Inc.

V.

Kaoud Brothers of Holyoke, Inc,
Fred Kaoud Oriental Rugs, LLC,
Kaoud Oriental Rugs, Inc., Kaoud
Brothers Oriental Rugs, LLC, Fred
Kaoud, Sr., Fred Kaoud, Jr.,
Abraham Kaoud, Randy Kaoud,
Maurice Kaoud and Isam Kaoud

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 cv 10118 RGS

TO: (Name and address of Defendant)

Isam Kaoud
27 Danbury Road
Wilton, CT 06897

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Willaim S. Strong
Amy C. Mainelli
Kotin, Crabtree & Strong LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    1-20-04

⇔AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE 2/7/04 |
| NAME OF SERVER *(PRINT)* Amy C. Mainelli, Esq. | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was made upon defendant via Certified Mail Return Receipt Requested pursuant to the Federal Rules of Civil Procedure.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/19/04            *Amy Mainelli*
           Date              Signature of Server

                                            KOTIN, CRABTREE & STRONG, LLP
*Address of Server*             ATTORNEYS AT LAW
                                                 ONE BOWDOIN SQUARE
                                       BOSTON, MASSACHUSETTS 02114-2925

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.