AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED District of _MASSACHUSETTS_
IN CLERK'S OFFICE

Asmara, Inc.

2004 FEB 20 P 12: 08

V.

Kaoud Brothers of Holyoke, Inc., DISTRICT COURT
Fred Kaoud Oriental Rugs, LLC, DISTRICT OF MASS.
Kaoud Oriental Rugs, Inc., Kaoud
Brothers Oriental Rugs LLC, Fred
Kaoud, Sr., Fred Kaoud, Jr.,
Abraham Kaoud, Randy Kaoud,
Maurice Kaoud, and Isam Kaoud

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10118 RGS

TO: (Name and address of Defendant)

Kaoud Brothers of Holyoke, Inc.
98 Lower Westfield Road
Holyoke, MA 01040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong
Amy C. Mainelli
Kotin, Crabtree & Strong LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                     1-20-04

**CLERK**                                         **DATE**

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### District of Massachusetts
#### Docket/Case No: 04CV10118RGS

I hereby certify and return that today, February 13, 2004, at 4:39 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Kaoud Brothers of Holyoke, Inc., by giving in hand to Angie Gouzounis, Store Manager, Agent in Charge. Said service was effected at: Kaoud Brothers of Holyoke, Inc., 98 Lower Westfield Road, Holyoke, MA 01040.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 13, 2004.

**Scott D. Goodkowsky**, Constable
& Disinterested Person over Age 18.   Total Fees: $45.00
**CONSTABLES' OFFICE**
6 Center Street
Chicopee, MA, 01013-2601
(413) 592-8100 , (413) 592-3700 Fax



| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.