AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

Asmara, Inc.
V.
Kaoud Brothers of Holyoke, Inc.,
Fred Kaoud Oriental Rugs, LLC,
Kaoud Oriental Rugs, Inc., Kaoud
Brothers Oriental Rugs, LLC, Fred
Kaoud, Sr., Fred Kaoud, Jr.,
Abraham Kaoud, Randy Kaoud,
Maurice Kaoud and Isam Kaoud

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04cv10118RGS

TO: (Name and address of Defendant)

Kaoud Brothers Oriental Rugs, LLC
17 South Main Street
West Hartford, CT 06107

c/o Abraham Kaoud
Registered Agent for Service
17 South Main Street
West Hartford, CT 06107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong
Amy C. Mainelli
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                1-20-04

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/7/04 |
| NAME OF SERVER (PRINT) Amy C. Mainelli, Esq. | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on defendant Kaoud Brothers Oriental Rugs LLC through its registered agent for service, Abraham Kaoud, via Certified Mail Return Receipt Requested, pursuant to the Federal Rules of Civil Procedure.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/19/04
                 Date

Signature of Server

Address of Server

KOTIN, CRABTREE & STRONG, LLP
ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.