## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> KAOUD BROTHERS OF ) <br> HOLYOKE, INC., ) <br> FRED KAOUD ORIENTAL ) <br> RUGS, LLC, ) <br> KAOUD BROTHERS ORIENTAL ) <br> RUGS, LLC, ) <br> FRED KAOUD, SR., ) <br> FRED KAOUD, JR., ) <br> ABRAHAM KAOUD, ) <br> MAURICE KAOUD, and ) <br> ISAM KAOUD, ) <br><br> Defendants. ) | Civil Action No. 04cv10118RGS |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Asmara Inc. hereby voluntarily dismisses this action without prejudice as

to defendants Abraham Kaoud, Maurice Kaoud, Kaoud Brothers of Holyoke, Inc., and

Kaoud Brothers Oriental Rugs, LLC.

ASMARA, INC.,
Plaintiff,

By its attorneys,

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO#657201
KOTIN, CRABTREE & STRONG, LLP

One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

**SO ORDERED:**

_____          _____
Date                                                      United States District Judge Stearns