UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ASMARA, INC.

    V.                                        CIVIL ACTION NO. 04-10118-RGS

FRED KAOUD ORIENTAL RUGS, LLC; FRED KAOUD, SR.;
FRED KAOUD, J.

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                  **SEPTEMBER 7, 2005**

THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED FOR

WANT OF PROSECUTION, PURSUANT TO LOCAL RULE 41.1

SO ORDERED.

                                                  RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE

                 BY:

                                        /s/ Mary   H. Johnson
                                          Deputy Clerk